# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LYNN LINDEMANN, | Civil Action No. 23-286 |
| Plaintiff, | |
| vs. | The Honorable Kim R. Gibson |
| DARDEN D/B/A OLIVE GARDEN ITALIAN RESTAURANT – ALTOONA, | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jamie Lynn Lindemann and Defendant Darden d/b/a Olive Garden Restaurant - Altoona[1] (collectively, the "Parties"), by and through their undersigned counsel hereby notify the Court that they have reached an agreement in principle to resolve the claims of Plaintiff and are working together to finalize confidential settlement documents. The Parties anticipate being able to finalize the settlement documents and a stipulation of dismissal with prejudice of all claims asserted in this action within 45 days. Accordingly, the Parties respectfully request that all pending deadlines in this case be stayed by the Court for that period. Such a stay will not prejudice any party.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted, |
| /s/ John E. Black, III | /s/ Emilie R. Hammerstein |
| John E. Black, III<br>Pa. I.D. No.83727<br>Edgar Snyder & Associates<br>U.S. Steel Tower, 10th Floor<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 394-4446<br>jblack@edgarsnyder.com | Emilie R. Hammerstein<br>Pa. I.D. No. 307499<br>Littler Mendelson, P.C.<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>(412) 201-7631<br>ehammerstein@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

---

[1] Plaintiff incorrectly identified the Defendant in the Complaint as "Darden d/b/a Olive Garden Italian Restaurant – Altoona," a non-existent entity. Plaintiff's employer and the correct Defendant was GMRI, Inc. d/b/a Olive Garden.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2024 a true and correct copy of the foregoing Joint Notice of Settlement was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                              */s/ Emilie R. Hammerstein*
                                              Emilie R. Hammerstein

4874-5359-3243.1 / 069299-1273